```
                 IN THE UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

EDDIE RAYMOND HEARD, JR.,         *

      Petitioner,            *

vs.                               *
                                        CASE NO. 4:05-CV-90 (CDL)
BRUCE SHIVER, Warden,             *

      Respondent.            *

                                       *

### ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 5, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 7th day of September, 2006.

                                                       S/Clay D. Land

                                                       CLAY D. LAND
                                         UNITED STATES DISTRICT JUDGE